**PAUL J. MADDEN**
ATTORNEY AND COUNSELOR AT LAW
26 COURT STREET
SUITE 610
BROOKLYN, NEW YORK 11242-1108

TELEPHONE: [718] 624-0954
FACSIMILE: [718] 237-1393

VIA ECF

The Honorable Dora L. Irizarry
United States District Judge
United States District Court          September 20, 2010
Eastern District of New York
225 Cadman Plaza East                 U.S.A. v. Rafaqut Ali
Brooklyn, New York 11201                 07 CR 380 [DLI]

Dear Judge Irizarry:

    I respectfully am writing to Your Honor to advise the Court that Mr. Ali will not seek to withdraw his previously entered guilty plea. Last Wednesday, September 15, 2010, I contacted the Deputy Clerk in order to inform the Court regarding the above. On that date, prior to informing the Court, I had conferred with Assistant United States Attorney Stephen Meyer. He and I worked on stipulations to present to the Court. The parties agree to stipulate that if Uzmah Saghir, Esq., Mr. Ali's prior counsel at the guilty plea and before then, were to testify she would testify that the affirmation which she had submitted to the Court in or about April of 2010 is accurate. That affirmation refers to advice which she had given to Mr. Ali during the course of her representation of him and prior to his entry of his guilty plea. The parties also discussed an additional stipulation regarding the submissions of motions and applications on Mr. Ali's behalf and who signed those documents.

    The reason for the delay in submitting this letter is that I have made several telephone calls, and left detailed messages, to Ms. Saghir and her paralegal in order to confirm the latter. However, none of those calls have been returned. As it stands now, Ms. Saghir must appear before Your Honor at the September 23, 2010 court session pursuant to Your Honor's prior order.

Respectfully yours,

*Paul Madden*

Paul Madden<br>
Attorney for Mr. Ali

Cc: Stephen Meyer, Esq.
    Assistant United States Attorney [via ECF and e-mail]

    David Levine, Esq. [via ECF]

    Uzmah Saghir, Esq. [via ECF and e-mail]